**Exhibit A-1**



# Exhibit A-2

**Key:**
Yellow Zone:
2019 USAF "Zone of Concern"

Orange Zone:
2023 USAF "Area of Presumed Contamination"

